90

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

SEP 06 2022

Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | § |
|---|---|
| | § |
| v. | § Criminal No. **M-22-1486** |
| | § |
| STEPHANIE GUADALUPE PENA | § |
| JOSUE GARCIA MENDOZA | § |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about July 3, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**STEPHANIE GUADALUPE PENA
and
JOSUE GARCIA MENDOZA**

knowing and in reckless disregard of the fact that individuals, who were aliens, had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors to transport and move said aliens within the United States in furtherance of such violation of law, that is, from a location near McAllen, Texas, to another location near Edinburg, Texas, by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).

## Count Two

On or about July 3, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**STEPHANIE GUADALUPE PENA**
**and**
**JOSUE GARCIA MENDOZA**

knowing and in reckless disregard of the fact that Sonia Medrano was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near McAllen, Texas, to another location near Edinburg, Texas, by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## Count Three

On or about July 4, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**STEPHANIE GUADALUPE PENA**
**and**
**JOSUE GARCIA MENDOZA**

knowing and in reckless disregard of the fact that individuals, who were aliens, had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors to conceal, harbor, and shield from detection said aliens in any place, including any building or any means of transportation, to wit: in a residence located near Edinburg, Texas.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

## Count Four

On or about July 4, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**STEPHANIE GUADALUPE PENA**
and
**JOSUE GARCIA MENDOZA**

knowing and in reckless disregard of the fact that Sonia Medrano was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor, and shield from detection and attempt to conceal, harbor, and shield from detection said alien in any place, including any building or any means of transportation, to wit: in a residence located near Edinburg, Texas.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY